# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES

V.

CHESTER FLETCHER WALLACE

**EXHIBIT AND WITNESS LIST**

Case Number: 1:22CR328-1

| PRESIDING JUDGE CATHERINE C. EAGLES | PLAINTIFF'S ATTORNEY AUSA NICOLE DUPRE | DEFENDANT'S ATTORNEY CARLYLE SHERRILL, II, APPT |
|---|---|---|
| TRIAL DATE (S) 11/2/2023 | COURT REPORTER DEBORAH COHEN-ROJAS | COURTROOM DEPUTY ROBIN WINCHESTER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11/2/23 | - | - | KELLY BULLOCK - VICTIM IMPACT STATEMENT |
| X | | 11/2/23 | - | - | CALYN WEBER - VICTIM IMPACT STATEMENT |
| 1 | | | 11/2/23 | | REPORT |
| 2 | | | 11/2/23 | | REPORT |
| 3 | | | 11/2/23 | | REPORT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages